IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN JANE KUTTEN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., et al., )<br>)<br>Defendants. ) | )<br>)<br>)<br>) MISCELLANEOUS ACTION<br>) CASE NO. 05-20-KAJ<br>)<br>)<br>) (Case No. 4:04-CV-0244 TIA<br>) currently pending in the United States<br>) District Court for the Eastern District of Missouri |

FIRST STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the time within which plaintiffs shall serve and file a reply brief in support of their Motion to Compel [D.I. 1] be extended to and including April 22, 2005.

| GRANT & EISENHOFER, P.A | THE BAYARD FIRM |
|---|---|
| /s/ Sidney S. Liebesman (sl3702)<br>Sidney S. Liebesman<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801<br>(302) 622-7030<br>sliebesman@gelaw.com<br>*Attorneys for plaintiffs* | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk<br>222 Delaware Ave., Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardfirm.com<br>*Attorneys for third-party*<br>*Nations Funds Trust* |

SO ORDERED, this _____ day of _____, 2005.

_____
United States District Judge

581536v1