# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

ELECTRONICALLY FILED

(302) 429-4208
rkirk@bayardfirm.com

April 27, 2005

The Honorable Kent A. Jordan
United States District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

   RE: Kutten, et al. v. Bank of America, N.A., et a l.
     <u>Miscellaneous Action Case No. 05-20-KAJ</u>

Dear Judge Jordan:

  I represent Nations Funds Trust ("Nations Funds") in this action. Pusuant to Local Rule 7.1.4, Nations Funds respectfully requests oral argument on plaintiff's motion to compel (D.I. 1). Briefing on the motion was completed on April 22, 2005.

           Respectfully submitted,

           Richard D. Kirk

cc: Clerk of the Court (by hand)
   All counsel as shown on the attached certificate

585955v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 27, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following

Sidney S. Liebesman, Esquire
Grant & Eisenhofer, P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by first class mail to the following non-registered participants:

Gregory B. Jordan, Esquire
Mary J. Hackett, Esquire
Sharon L. Rusnak, Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Jeffrey S. Russell, Esquire
Jason E. Maschmann, Esquire
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Steven M. Hamburg, Esquire
Summers, Compton, Wells & Hamburg
8909 Ladue Road
St. Louis, MO 63124

_____
Richard D. Kirk (Bar I.D. 922)