UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN JANE KUTTEN AND<br>MARY ANN ARNOLD,<br>on behalf of themselves,<br>and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No. 05-20<br><br>(Case No. 4:04-CV-0244 TIA currently pending in the United States District Court - Eastern District of Missouri) |

**DECLARATION OF SIDNEY S. LIEBESMAN IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH CIVIL SUBPOENA TO NATIONS FUNDS TRUST**

April 22, 2005

Sidney S. Liebesman (Del. ID No. 3702)
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, Delaware 19801
Tel: (302) 622-7000
Fax: (302) 622-7100

*Local Counsel for Plaintiffs*

SUMMERS, COMPTON,
 WELLS & HAMBURG
Steven M. Hamburg
Holly M. McIntyre
8909 Ladue Road
St. Louis, MO 63124
Tel: (314) 991-4999
Fax: (314) 991-2413

GANCEDO & NIEVES LLP
Hector G. Gancedo
Amy M. Boomhouwer
144 W. Colorado Blvd.
Pasadena, CA 91105
Tel: (626) 685-9800
Fax: (626) 685-9808

GREENFIELD & GOODMAN LLC
Richard D. Greenfield
7426 Tour Drive
Easton, MD 21601
Tel: (410)745-4149
Fax: (410) 745-4158

LERACH, COUGHLIN, STOIA, GELLER,
 RUDMAN AND ROBBINS, LLP
Nicole R. Avallone
Jonathan Stein
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364

*Counsel For Plaintiffs And The Class*

Sidney S. Liebesman declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney admitted to practice in the State of Delaware and the United States District Court for the District of Delaware. I am a director in the law firm of Grant & Eisenhofer P.A., local counsel for the plaintiffs in this action.

2. I submit this Declaration in Support of Reply in Support of Plaintiffs Reply Brief in Support of motion to Compel Compliance With Civil Subpoena To Nations Funds Trust.

3. Attached is a true and correct copy of Plaintiffs' First Amended Complaint.

4. Attached is a true and correct copy of Letter from Mutual Fund Directors Forum to Ho. William H. Donaldson of 04/22/04.

5. Attached is a true and correct copy of Assurance of Discontinuance of 01/31/05.

6. Attached is a true and correct copy of Excerpts of Nations funds Trust SEC Form 497, Statement of Additional Information.

Dated: April 22, 2005

_____
Sidney S. Liebesman (Del I.D. # 3702)