# EXHIBIT 4

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
WP/Lu9Qb/STcqAHp0IDl21DwzYL6H0Bcg2BF4am8jH7hj1/gDHEHnzO6Di64UI1C
G1jht07mU70hi7NKObU59g==

```
<SEC-DOCUMENT>/in/edgar/work/20000816/0000950168-00-001920/0000950168-00-001920.txt
<SEC-HEADER>0000950168-00-001920.hdr.sgml : 20000922
ACCESSION NUMBER:               0000950168-00-001920
CONFORMED SUBMISSION TYPE:      497
PUBLIC DOCUMENT COUNT:          1
FILED AS OF DATE:               20000816

FILER:

        COMPANY DATA:
                COMPANY CONFORMED NAME:                 NATIONS FUNDS TRUST
                CENTRAL INDEX KEY:                      0001097519
                STANDARD INDUSTRIAL CLASSIFICATION:      [
]               STATE OF INCORPORATION:                 DE
                FISCAL YEAR END:                        0331
</COMPANY-DATA>

                FILING VALUES:
                        FORM TYPE:              497
                        SEC ACT:
                        SEC FILE NUMBER:        333-89661
                        FILM NUMBER:            704018
</FILING-VALUES>

                        BUSINESS ADDRESS:
                                STREET 1:               ONE BANK OF AMERICA PLAZA
                                CITY:                   CHARLOTTE
                                STATE:                  NC
                                ZIP:                    28255
                                BUSINESS PHONE:         8003217854
</BUSINESS-ADDRESS>

                                MAIL ADDRESS:
                                        STREET 1:               ONE BANKOF AMERICA P
                                        CITY:                   CHARLOTTE
                                        STATE:                  NC
                                        ZIP:                    28255
</MAIL-ADDRESS>
</FILER>
</SEC-HEADER>
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>0001.txt
<DESCRIPTION>NATIONS FUNDS TRUST
<TEXT>
```

Statement of Additional Information

<TABLE>
<CAPTION>

<S>

NATIONS FUND, INC.
Nations Prime Fund
Nations Treasury Fund
Nations Equity Income Fund
Nations Government Securities Fund
Nations International Growth Fund
Nations Small Company Fund
Nations U.S. Government Bond Fund

NATIONS RESERVES
Nations Cash Reserves
Nations Money Market Reserves
Nations Treasury Reserves
Nations Government Reserves
Nations Municipal Reserves
Nations California Tax-Exempt Reserves
Nations Asset Allocation Fund
Nations Convertible Securities Fund
Nations Emerging Markets Fund
Nations Marsico Growth & Income Fund
Nations Marsico Focused Equities Fund
Nations California Municipal Bond Fund
Nations Intermediate Bond Fund
Nations International Equity Fund
Nations International Value Fund
Nations Blue Chip Fund

NATIONS FUNDS TRUST
Nations High Yield Bond Fund
Nations Kansas Municipal Income Fund
Nations MidCap Index Fund
Nations Marsico 21st Century Fund
Nations Marsico International Opportunities Fund

<C>

NATION
Nations Governm
Nations T
Nation
Nations Cap
Nations Mi
Nations Lar
Nations Ma
Nations Sma
Nations Aggr
Nations Stra
Nations Bal
Nations Short-Inte
Nations Shor
Nations Stra
Nation
Nations Muni
Nations Short-Ter
Nations Intermedi
Nations Florida Inter
Nations Florida
Nations Georgia Inter
Nations Georgia
Nations Maryland Inter
Nations Marylan
Nations North Carolina In
Nations North Caro
Nations South Carolina In
Nations South Caro
Nations Tennessee Inte
Nations Tennesse
Nations Texas Interm
Nations Texas
Nations Virginia Inter
Nations Virgini

</TABLE>

Capital, Adviser, Liquidity, Market, Investor, Service, Daily, Trust, Investor A, Investor B, Investor C, Primary A, Primary B and Marsico Shares
August 1, 2000

This Statement of Additional Information ("SAI") provides supplementary information pertaining to the classes of shares representing interests in the above listed sixty-two investment portfolios of Nations Fund, Inc., Nations Reserves, Nations Funds Trust, and Nations Fund Trust (individually, a "Fund" and collectively, the "Funds"). The financial statements for the Funds contained in their annual reports dated March 31, 2000, are hereby incorporated into this SAI by reference. This SAI is not a prospectus, and should be read only in conjunction with the current prospectuses for the aforementioned Funds related to the class or series of shares in which one is interested, dated August 1, 2000, (each a "Prospectus"). Copies of the Prospectuses may be obtained without charge by writing Nations Funds c/o Stephens Inc., One Bank of America Plaza, 33rd Floor, Charlotte, North Carolina 28255, or by calling Nations Funds at 1.800.321.7854 and 1.800.626.2275 (for institutional money market investors).

<PAGE>

TABLE OF CONTENTS

<TABLE>

<CAPTION>

<S>

HISTORY OF NATIONS FUND TRUST, NATIONS FUND, INC.,
NATIONS RESERVES, AND NATIONS FUNDS TRUST..............................................

DESCRIPTION OF THE COMPANIES AND THE INVESTMENTS AND RISKS
OF THEIR FUNDS ..............................................................................

General.........................................................................
Investment Limitations ......................................................
NR Funds' Fundamental Policy Restrictions...................................
NR Funds' Non-Fundamental Policy Restrictions...............................
NFT and NFI Funds' Fundamental Policy Restrictions..........................
NFT and NFI Funds' Non-Fundamental Policy Restrictions......................
NFST's Fundamental Policy Restrictions......................................
NFST's Non-Fundamental Policy Restrictions..................................
Permissible Fund Investments................................................
The Domestic Stock Funds....................................................
The International Stock Funds...............................................
The Index Funds.............................................................
Balanced Fund...............................................................
Government and Corporate Bond Funds.........................................
National Municipal Bond Funds...............................................
State Municipal Bond Funds and State Intermediate Municipal Bond Funds.......
Asset-Backed Securities.....................................................
Borrowings..................................................................
Commercial Instruments......................................................
Combined Transactions.......................................................
Convertible Securities......................................................
Corporate Debt Securities...................................................
Custodial Receipts..........................................................
Currency Swaps..............................................................
Delayed Delivery Transactions...............................................
Dollar Roll Transactions ...................................................
Equity Swap Contracts ......................................................
Foreign Currency Transactions ..............................................
Futures, Options and Other Derivative Instruments...........................
Guaranteed Investment Contracts.............................................
Illiquid and Restricted Securities..........................................
Insured Municipal Securities ...............................................
Interest Rate Transactions .................................................
Lower Rated Debt Securities.................................................
Municipal Securities .......................................................
Options on Currencies.......................................................
Other Investment Companies..................................................
Participation Interests and Company Receipts................................
Real Estate Investment Trusts...............................................
Repurchase Agreements ......................................................
Reverse Repurchase Agreements ..............................................
Securities Lending..........................................................
Short Sales.................................................................
Special Situations..........................................................
Standard & Poor's Depositary Receipts.......................................
Stand-by Commitments .......................................................

</TABLE>

<PAGE>
<TABLE>

<CAPTION>
<S>

Stripped Securities....................................................................
U.S. and Foreign Bank Obligations......................................................
U.S. Government Obligations............................................................
Use of Segregated and Other Special Accounts...........................................
Variable and Floating Rate Instruments ................................................
Warrants...............................................................................
When-Issued Purchases and Forward Commitments ........................................
Portfolio Turnover.....................................................................
Investment Risks and Considerations....................................................

MANAGEMENT OF THE COMPANIES............................................................
Nations Funds Retirement Plan..........................................................
Nations Funds Deferred Compensation Plan...............................................
Shareholder and Trustee Liability......................................................

INVESTMENT ADVISORY, ADMINISTRATION, CUSTODY, TRANSFER AGENCY, OTHER SERVICE PROVIDERS, SHAREHOLDER SERVICING AND DISTRIBUTION AGREEMENTS ..........................................................
Investment Adviser and Sub-Advisers....................................................
Co-Administrators and Sub-Administrator................................................
Distribution Plans and Shareholder Servicing Arrangements for
Investor A Shares......................................................................
Investor B/C Shares ...................................................................
Investor C/B Shares....................................................................
Shareholder Administration Plan for Investor B and Investor C Shares of NR's Money Market Funds..........................................................
Daily Shares...........................................................................
Marsico Shares of the Prime Fund.......................................................
Information Applicable to Investor A, Investor B, Investor C and Daily Sh
Primary B Shares - Money Market Funds..................................................
Primary B Shares - Non-Money Market Funds..............................................
Liquidity Class........................................................................
Market Class...........................................................................
Adviser Class..........................................................................
Trust Class............................................................................
Service Class..........................................................................
Investor Class.........................................................................
Expenses...............................................................................
Transfer Agents and Custodians.........................................................
Distributor............................................................................
Independent Accountant and Reports.....................................................
Counsel................................................................................

FUND TRANSACTIONS AND BROKERAGE.........................................................
General Brokerage Policy...............................................................
Brokerage Commissions Paid to Affiliates...............................................
Securities of Regular Broker/Dealers Held by the Funds.................................
Directed Brokerage.....................................................................
Monies Paid to Broker/Dealers From the Profits of the Adviser..........................
Section 28(e) Standards................................................................

DESCRIPTION OF SHARES..................................................................
Description of Shares of the Companies.................................................
Net Asset Value Determination..........................................................

</TABLE>

<PAGE>

<TABLE>
<CAPTION>
<S>

ADDITIONAL INFORMATION CONCERNING TAXES........................................................
General.................................................................
Excise Tax .............................................................
Private Letter Ruling...................................................
Investment through Master Portfolios....................................
Taxation of Fund/Master Portfolio Investments...........................
Foreign Taxes ..........................................................
Capital Gain Distributions..............................................
Other Distributions.....................................................
Disposition of Fund Shares..............................................
Federal Income Tax Rates................................................
Corporate Shareholders..................................................
Foreign Shareholders....................................................
Backup Withholding......................................................
New Regulations.........................................................
Tax-Deferred Plans......................................................
Special Tax Considerations Pertaining to Municipal Reserves, California Tax-E California Municipal Bond Fund, Tax Exempt Fund, Municipal Income Fund, Short-Term Municipal Income Fund, Intermediate Municipal Bond Fund, Florida Intermediate Municipal Bond Fund, Florida Municipal Bond Fund, Georgia Intermediate Municipal Bond Fund, Georgia Municipal Bond Fund, Maryland Intermediate Municipal Bond Fund, Maryland Municipal Bond Fund, North Carolina Intermediate Municipal Bond Fund, North Carolina Municipal Bond Fund, South Carolina Intermediate Municipal Bond Fund, South Carolina Municipal Bond Fund, Tennessee Intermediate Municipal Bond Fund, Tennessee Municipal Bond Fund, Texas Intermediate Municipal Bond Fund, Texas Municipal Bond Fund, Virginia Intermediate Municipal Bond Fund, and Virginia Municipal Bond Fund ..........................................
Special Tax Considerations Pertaining to California Tax-Exempt Reserves and C Municipal Bond Fund.................................................
Special Tax Considerations Pertaining to Florida Intermediate Municipal Bond and Florida Municipal Bond Fund ...........................................
Special Tax Considerations Pertaining to Georgia Intermediate Municipal Bond and Georgia Municipal Bond Fund............................................
Special Tax Considerations Pertaining to the Kansas Fund.....................
Special Tax Considerations Pertaining to Maryland Intermediate Municipal Bond and Maryland Municipal Bond Fund...........................................
Special Tax Considerations Pertaining to North Carolina Intermediate Municipa Fund and North Carolina Municipal Bond Fund.........................
Special Tax Considerations Pertaining to South Carolina Intermediate Municipa Fund and South Carolina Municipal Bond Fund.........................
Special Tax Considerations Pertaining to Tennessee Municipal Bond Fund.......
Special Tax Considerations Pertaining to Virginia Intermediate Municipal Bond Fund and Virginia Municipal Bond Fund..................................
Other Matters...........................................................

ADDITIONAL INFORMATION ON PERFORMANCE.......................................
Yield Calculations......................................................
Total Return Calculations...............................................

MISCELLANEOUS ..............................................................
Certain Record and Beneficial Holders...................................

SCHEDULE A - Description of Ratings.........................................
</TABLE>

<PAGE>

HISTORY OF NATIONS FUND TRUST, NATIONS FUND, INC., NATIONS RESERVES AND NATIONS FUNDS TRUST

Nations Fund Trust ("NFT"), Nations Fund, Inc. ("NFI"), Nations Reserves (formerly known as The Capitol Mutual Funds)1 ("NR"), and Nations Funds Trust ("NFST") (individually a "Company", and collectively, the "Companies") are open-end registered investment companies in the Nations Funds family of mutual funds (the "Nations Funds Family"), which consists of the Companies, Nations LifeGoal Funds, Inc., Nations Annuity Trust, and Nations Master Investment Trust. The Nations Funds Family currently has more than 70 distinct investment portfolios and total assets in excess of $90 billion.

NFT was organized as a Massachusetts business trust on May 6, 1985. NFI was organized as a Maryland corporation on December 13, 1983, but had no operations prior to December 15, 1986. NR was organized as a Massachusetts business trust on January 22, 1990. NFST was organized as a Delaware business trust on October 22, 1999. NFT, NFI, NR, and NFST each have fiscal year ends of March 31.

DESCRIPTION OF THE COMPANIES AND THE INVESTMENTS AND RISKS OF THEIR FUNDS

General.

NFT currently consists of thirty-four different investment portfolios. This SAI pertains to: the Primary A, Investor A, Investor B and Investor C Shares of Nations Strategic Growth Fund ("Strategic Growth Fund"); the Primary A, Primary B, Investor A, Investor B, Investor C and Daily Shares of Nations Government Money Market Fund ("Government Money Market Fund") and Nations Tax Exempt Fund ("Tax Exempt Fund") (collectively, also referred to as the "NFT Money Market Funds"); the Primary A, Primary B, Investor A and Investor B Shares of Nations Managed Index Fund ("Managed Index Fund"), Nations SmallCap Index Fund ("SmallCap Index Fund"); and the Primary A, Primary B, Investor A, Investor B and Investor C Shares of Nations Value Fund ("Value Fund"), Nations Capital Growth Fund ("Capital Growth Fund"), Nations MidCap Growth Fund ("MidCap Growth Fund"), Nations LargeCap Index Fund ("LargeCap Index Fund"), Nations Aggressive Growth Fund ("Aggressive Growth Fund"), Nations Balanced Assets Fund ("Balanced Assets Fund"), Nations Short-Intermediate Government Fund ("Short-Intermediate Government Fund"), Nations Short-Term Income Fund ("Short-Term Income Fund"), Nations Strategic Income Fund ("Strategic Income Fund"), Nations Bond Fund ("Bond Fund"), Nations Municipal Income Fund ("Municipal Income Fund"), Nations Short-Term Municipal Income Fund ("Short-Term Municipal Income Fund"), Nations Intermediate Municipal Bond Fund ("Intermediate Municipal Bond Fund"), Nations Florida Intermediate Municipal Bond Fund ("Florida Intermediate Municipal Bond Fund"), Nations Georgia Intermediate Municipal Bond Fund ("Georgia Intermediate Municipal Bond Fund"), Nations Maryland Intermediate Municipal Bond Fund ("Maryland Intermediate Municipal Bond Fund"), Nations North Carolina Intermediate Municipal Bond Fund ("North Carolina Intermediate Municipal Bond Fund"), Nations South Carolina Intermediate Municipal Bond Fund ("South Carolina Intermediate Municipal Bond Fund"), Nations Tennessee Intermediate Municipal Bond Fund ("Tennessee Intermediate Municipal Bond Fund"), Nations Texas Intermediate Municipal Bond Fund ("Texas Intermediate Municipal Bond Fund"), Nations Virginia Intermediate Municipal Bond Fund ("Virginia Intermediate Municipal Bond Fund"), Nations Florida Municipal Bond Fund ("Florida Municipal Bond Fund"), Nations Georgia Municipal Bond Fund ("Georgia Municipal Bond Fund"), Nations Maryland Municipal Bond Fund ("Maryland Municipal Bond Fund"), Nations North Carolina Municipal Bond Fund ("North Carolina Municipal Bond Fund"), Nations South Carolina Municipal Bond Fund ("South Carolina Municipal Bond Fund"), Nations Tennessee Municipal Bond Fund ("Tennessee Municipal Bond

Fund"), Nations Texas Municipal Bond Fund ("Texas Municipal Bond Fund"), and Nations Virginia Municipal Bond Fund ("Virginia Municipal Bond Fund"). The Florida Intermediate Municipal Bond Fund, Georgia Intermediate Municipal Bond Fund, Maryland Intermediate Municipal Bond Fund, North Carolina Intermediate Municipal Bond Fund, South Carolina Intermediate Municipal Bond Fund, Tennessee Intermediate Municipal Bond Fund, Texas Intermediate Municipal Bond Fund and Virginia Intermediate Municipal Bond Fund are sometimes collectively referred to herein as the "State Intermediate Municipal Bond Funds." The Florida Municipal Bond Fund, Georgia Municipal Bond Fund, Kansas Fund (of NFST, as defined below), Maryland Municipal Bond Fund, North Carolina Municipal Bond Fund, South Carolina Municipal Bond Fund, Tennessee Municipal Bond Fund, Texas Municipal Bond Fund and Virginia Municipal Bond Fund are sometimes collectively referred to herein as the "State Municipal Bond Funds." All of the Funds of NFT are diversified, with the exception of the State Intermediate Municipal Bond Funds and the State Municipal Bond Funds.

- ----------

(1) More specifically, Nations Reserves is the name under which The Capitol Mutual Funds conducts business.

<PAGE>

Each share of NFT is without par value, represents an equal proportionate interest in the related fund with other shares of the same class, and is entitled to such dividends and distributions out of the income earned on the assets belonging to such fund as are declared in the discretion of NFT's Board of Trustees. NFT's Declaration of Trust authorizes the Board of Trustees to classify or reclassify any class of shares into one or more series of shares.

Shareholders are entitled to one vote for each full share held and a proportionate fractional vote for each fractional share held. Shareholders of each fund of NFT will vote in the aggregate and not by fund, and shareholders of each fund will vote in the aggregate and not by class except as otherwise expressly required by law or when the Board of Trustees determines that the matter to be voted on affects only the interests of shareholders of a particular fund or class. See the discussion on Investment Limitations and Description of Shares for examples of when the Investment Company Act of 1940, as amended (the "1940 Act") requires voting by fund.

As of August 1, 2000, Bank of America, and its affiliates possessed or shared power to dispose or vote with respect to more than 25% of the outstanding shares of NFT and therefore could be considered to be a controlling person of NFT for purposes of the 1940 Act. For more detailed information concerning the percentage of each class or series of shares over which Bank of America and its affiliates possessed or shared power to dispose or vote as of a certain date, see the discussion on Certain Record Holders.

Shareholders of NFT do not have cumulative voting rights, and therefore the holders of more than 50% of the outstanding shares of all funds voting together for election of Trustees may elect all of the members of the Board of Trustees of NFT. Meetings of shareholders may be called upon the request of 10% or more of the outstanding shares of NFT. There are no preemptive rights applicable to any of NFT's shares. NFT's shares, when issued, will be fully paid and non-assessable.

NFT does not presently intend to hold annual meetings except as required by the 1940 Act. Shareholders will have the right to remove Trustees. NFT's Code of Regulations provides that special meetings of shareholders shall be called at the written request of the shareholders entitled to vote at least

10% of the outstanding shares of NFT entitled to be voted at such meeting.

NFI currently consists of seven different investment portfolios. This SAI pertains to the Primary A, Primary B, Investor A, Investor B, Investor C , Daily Shares and Marsico Shares of Nations Prime Fund (the "Prime Fund") and the Primary A, Primary B, Investor A, Investor B, Investor C and Daily Shares of Nations Treasury Fund (the "Treasury Fund") (collectively referred to as the "NFI Money Market Funds"), and the Primary A, Primary B, Investor A, Investor B and Investor C Shares of Nations Equity Income Fund (the "Equity Income Fund"), Nations Government Securities Fund (the "Government Securities Fund"), Nations Small Company Fund (the "Small Company Fund"), Nations U.S. Government Bond Fund (the "U.S. Government Bond Fund") and Nations International Growth Fund (the "International Growth Fund"). All of the Funds of NFI are diversified.

As of the date of this SAI, the authorized capital stock of NFI consists of 380,000,000,000 shares of common stock, par value of $.001 per share, which are divided into series or funds each of which consists of separate classes of shares. Shares of each fund and class have equal rights with respect to voting, except that the holders of shares of a particular fund or class will have the exclusive right to vote on matters affecting only the rights of the holders of such fund or class. In the event of dissolution or liquidation, holders of each class will receive pro rata, subject to the rights of creditors, (a) the proceeds of the sale of that portion of the assets allocated to that class held in the respective fund of NFI, less (b) the liabilities of NFI attributable to the respective fund or class or allocated among the funds or classes based on the respective liquidation value of each fund or class.

Shareholders of NFI do not have cumulative voting rights, and therefore the holders of more than 50% of the outstanding shares of all funds voting together for election of Directors may elect all of the members of the Board of Directors of NFI. Meetings of shareholders may be called upon the request of 10% or more of the outstanding shares of NFI. There are no preemptive rights applicable to any of NFI's shares. NFI's shares, when issued, will be fully paid and non-assessable.

As of August 1, 2000, Bank of America and its affiliates possessed or shared power to dispose of or vote with respect to more than 25% of the outstanding shares of NFI and therefore could be considered to be a controlling person of NFI for purposes of the 1940 Act. For more detailed information concerning the percentage of each class or series over which Bank of America and its affiliates possessed or shared power to dispose or vote as of a certain date, see the discussion on Certain Record Holders. It is anticipated that NFI will not hold annual shareholder meetings on a regular basis unless required by the 1940 Act or Maryland law.

2

<PAGE>

NR currently consists of sixteen investment portfolios. The Agreement and Declaration of Trust under which NR was duly established permits NR to offer separate series of units of beneficial interest ("shares"). Each share of each series represents an equal proportionate interest in that series. This SAI relates to: the Capital, Liquidity, Adviser, Market, Daily, Service, Investor and Trust Shares of Nations Cash Reserves ("Cash Reserves"), Nations Money Market Reserves ("Money Market Reserves"), Nations Treasury Reserves ("Treasury Reserves"), Nations Government Reserves ("Government Reserves"), Nations Municipal Reserves ("Municipal Reserves") and Nations California Tax-Exempt Reserves ("California Reserves") (collectively referred to as the "NR Money Market Funds"); and to the Primary A, Investor A, Investor B and Investor C Shares of Nations Asset Allocation Fund ("Asset Allocation Fund") and Nations

Intermediate Bond Fund ("Intermediate Bond Fund"); and to the Primary A, Investor A, Investor B and Investor C Shares of Nations Convertible Securities Fund ("Convertible Securities Fund"), Nations Marsico Focused Equities Fund ("Marsico Focused Equities Fund"), Nations Marsico Growth & Income Fund ("Marsico Growth & Income Fund"), Nations International Equity Fund ("International Equity Fund"), Nations International Value Fund ("International Value Fund") and Nations California Municipal Bond Fund ("California Bond Fund"); and to the Primary A, Primary B, Investor A, Investor B and Investor C Shares of Nations Blue Chip Fund ("Blue Chip Fund"); and to the Primary A, Primary B, Investor A, Investor B and Investor C Shares of Nations Emerging Markets Fund ("Emerging Markets Fund"). All of the Funds of NR are diversified, with the exception of the Marsico Focused Equities Fund, California Reserves and the California Bond Fund.

Each share of NR is without par value, represents an equal proportionate interest in the related fund with other shares of the same class, and is entitled to such dividends and distributions out of the income earned on the assets belonging to such fund as are declared in the discretion of NR's Board of Trustees. NR's Agreement and Declaration of Trust authorizes the Board of Trustees to classify or reclassify any class of shares into one or more series of shares.

Shareholders are entitled to one vote for each full share held and a proportionate fractional vote for each fractional share held. Shareholders of each fund of NR will vote in the aggregate and not by fund, and shareholders of each fund will vote in the aggregate and not by class except as otherwise expressly required by law or when the Board of Trustees determines that the matter to be voted on affects only the interests of shareholders of a particular fund or class.

As of August 1, 2000, Bank of America and its affiliates possessed or shared power to dispose of or vote with respect to more than 25% of the outstanding shares of NR and, therefore, could be considered to be a controlling person of NR for purposes of the 1940 Act. For more detailed information concerning the percentage of each class or series over which Bank of America and its affiliates possessed or shared power to dispose or vote as of a certain date, see the discussion on Certain Record Holders. It is anticipated that NR will not hold annual shareholder meetings on a regular basis unless required by the 1940 Act or Massachusetts business trust law.

NFST currently consists of five different investment portfolios. This SAI pertains to the Primary A Shares of the Nations High Yield Bond Fund (the "High Yield Fund"), Nations Kansas Municipal Income Fund (the "Kansas Fund"), Nations MidCap Index Fund (the "MidCap Index Fund"), Nations Marsico 21st Century Fund (the "Marsico 21st Century Fund), and Nations Marsico International Opportunities Fund (the "Marsico International Opportunities Fund"); Investor A Shares of the High Yield Fund, the Kansas Fund, the MidCap Index Fund, the Marsico 21st Century Fund, and the Marsico International Opportunities Fund; Investor B Shares of the High Yield Fund, the Kansas Fund, the Marsico 21st Century Fund, and the Marsico International Opportunities Fund, and Investor C Shares of the High Yield Fund, the Kansas Fund, the Marsico 21st Century Fund, and the Marsico International Opportunities Fund. All of the Funds of NFST are diversified, with the exception of the Kansas Fund.

Each share of NFST is without par value, represents an equal proportionate interest in the related fund with other shares of the same class, and is entitled to such dividends and distributions out of the income earned on the assets belonging to such fund as are declared in the discretion of NFST's Board of Trustees. NFST's Declaration of Trust authorizes the Board of Trustees to classify or reclassify any class of shares into one or more series of shares.

<PAGE>

Shareholders are entitled to one vote for each full share held and a proportionate fractional vote for each fractional share held. Shareholders of each Fund of NFST will vote in the aggregate and not by fund, and shareholders of each fund will vote in the aggregate and not by class except as otherwise expressly required by law or when the Board of Trustees determines that the matter to be voted on affects only the interests of shareholders of a particular fund or class. See the discussion on Investment Limitations and Description of Shares for examples of when the 1940 Act requires voting by fund.

The Declaration of Trust of NFST further provides that NFST shareholders are only given the right to vote on matters to the extent that the 1940 Act or Delaware law so requires. Additionally, the Declaration of Trust provides as follows: "Because this Declaration does not confer any independent voting rights to Shareholders not expressly granted under Delaware law or the 1940 Act, this Declaration may be amended without Shareholder approval, and all Shareholders purchase Shares with notice that it may be so amended unless expressly required under Delaware law or the 1940 Act. The Trustees may, without any Shareholder vote, amend or otherwise supplement this Declaration by making an amendment, a trust instrument supplemental hereto or an amended and restated declaration of trust; provided, that Shareholders shall have the right to vote on any amendment if expressly required under Delaware law or the 1940 Act, or submitted to them by the Trustees in their discretion."

As of the date of the SAI set forth on the cover page, Bank of America and its affiliates possessed or shared power to dispose or vote with respect to more than 25% of the outstanding shares of NFST and therefore could be considered to be a controlling person of NFST for purposes of the 1940 Act. For more detailed information concerning the percentage of each class or series of shares over which Bank of America and its affiliates possessed or shared power to dispose or vote as of a certain date, see the discussion on Certain Record Holders. NFST does not presently intend to hold annual meetings except as required by the 1940 Act.

The Intermediate Bond Fund, Blue Chip Fund, Marsico Focused Equities Fund, Marsico Growth & Income Fund, International Equity Fund, High Yield Fund, Marsico 21st Century Fund , and Marsico International Opportunities Fund are sometimes referred to herein as "Feeder Funds." The Feeder Funds seek to achieve their respective investment objectives by investing substantially all of their assets in diversified investment portfolios having the same investment objective as corresponding master portfolios (each a "Master Portfolio" and collectively, the "Master Portfolios") of Nations Master Investment Trust ("NMIT"), an open-end management investment company in the Nations Funds Family. Feeder Fund and Master Fund are sometimes used interchangeably. The Intermediate Bond Fund invests substantially all of its assets in Nations Intermediate Bond Master Portfolio (the "Intermediate Bond Master Portfolio"). The Blue Chip Fund invests substantially all of its assets in Nations Blue Chip Master Portfolio (the "Blue Chip Master Portfolio"). The Marsico Focused Equities Fund invests substantially all of its assets in Nations Marsico Focused Equities Master Portfolio (the "Marsico Focused Equities Master Portfolio"). The Marsico Growth & Income Fund invests substantially all of its assets in Nations Marsico Growth & Income Master Portfolio (the "Marsico Growth & Income Master Portfolio"). The International Equity Fund invests substantially all of its assets in Nations International Equity Master Portfolio. The High Yield Fund invests substantially all of its assets in Nations High Yield Bond Master Portfolio (the "High Yield Master Portfolio"), the Marsico 21st Century Fund invests substantially all of its assets in Nations Marsico 21st Century Master Portfolio (the "Marsico 21st

Century Master Portfolio") and the Marsico International Opportunities Fund invests substantially all of its assets in Nations Marsico International Opportunities Master Portfolio (the "Marsico International Opportunities Master Portfolio").

Because this SAI combines disclosures on four separate investment companies, there is a possibility that one investment company could become liable for a misstatement, inaccuracy or incomplete disclosure in this SAI concerning another investment company. NFT, NFI, NR, and NFST have entered into an indemnification agreement that creates a right of indemnification from the investment company responsible for any such misstatement, inaccuracy or incomplete disclosure that may appear in this SAI.

The NFI Money Market Funds, NFT Money Market Funds, and NR Money Market Funds are collectively referred to herein as the "Money Market Funds". All other Funds of NFI, NFT, NR, and NFST are sometimes referred to as "Non-Money Market Funds".

Banc of America Advisors, Inc. ("BAAI") is the investment adviser to the Funds, except the Feeder Funds. BAAI is the investment adviser to the Master Portfolios.

4

<PAGE>

Chicago Equity Partners, LLC ("Chicago Equity") is co-investment sub-adviser with Banc of America Capital Management, Inc. ("BACAP") to the Asset Allocation Fund. Gartmore Global Partners ("Gartmore") is the investment sub-adviser to the Emerging Markets Fund and the International Growth Fund. BACAP is the investment sub-adviser to all other Funds except the Feeder Funds. Brandes Investment Partners, L.P. ("Brandes") is the investment sub-adviser to the International Value Master Portfolio. Marsico Capital Management, LLC ("Marsico Capital") is investment sub-adviser to the Marsico Focused Equities Master Portfolio, Marsico Growth & Income Master Portfolio, Marsico 21st Century Master Portfolio, and the Marsico International Opportunities Master Portfolio. Gartmore, INVESCO Global Asset Management (N.A.), Inc. ("INVESCO"), and Putnam Investment Management, Inc. ("Putnam") are the co-investment sub-advisers to the International Equity Master Portfolio. MacKay Shields LLC ("MacKay Shields") is the investment sub-adviser to the High Yield Bond Master Portfolio. BACAP is the investment sub-adviser to all the other Funds. As used herein the term "Adviser" shall mean BAAI, Chicago Equity, BACAP, Gartmore, INVESCO, Putnam, Brandes, MacKay Shields and/or Marsico Capital as the context may require.

This SAI is intended to furnish prospective investors with additional information concerning the Companies and the Funds. Some of the information required to be in this SAI is also included in the Funds' current Prospectuses, and, in order to avoid repetition, reference will be made to sections of the Prospectuses. Additionally, the Prospectuses and this SAI omit certain information contained in the registration statement filed with the United States Securities and Exchange Commission (the "SEC"). Copies of the registration statement, including items omitted from the Prospectuses and this SAI, may be obtained from the SEC by paying the charges prescribed under its rules and regulations. No investment in the Funds' Shares should be made without first reading the related Prospectuses.

Investment Limitations

Information concerning a Fund's investment objective is set forth in the applicable Prospectus. There can be no assurance that the Funds will achieve their objectives. The features of the Funds' principal investment strategies and