## CERTIFICATE OF SERVICE

I, Sidney S. Liebesman, hereby certify that on April 22, 2005, copies of the foregoing REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL SUBPOENA TO NATIONS FUNDS TRUST with DECLARATION IN SUPPORT were served on the interested parties in this action in the manner indicated below:

**By Overnight Mail:**
Gregory Jordan
Mary Hackett
Christopher Soller
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone (412) 288-3131
Facsimile (412) 288-3063

**By Overnight Mail:**
Jeffrey S. Russell
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Ste. 3600
St. Louis, MO 63102
Facsimile (314) 259-2020

Counsel for Defendants Bank of America, et al.

**By Hand Delivery:**
Richard D. Kirk
Cheryl Siskin
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Telephone (302) 655-5000

**By Overnight Mail:**
Stephen M. Colangelo
Morrison & Foerster LLP
1650 Tysons Boulevard, Suite 300
McLean, VA 22102
Telephone (703) 760-7700

Counsel for Nations Funds Trust

_____
Sidney S. Liebesman