IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN JANE KUTTEN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Misc. Action No. 05-20-KAJ |
| BANK OF AMERICA N.A., et al., | ) |
| Defendants. | ) |

### ORDER

Oral argument on plaintiff's motion to compel (D.I. 1) in the above captioned action will be heard on **June 16, 2005** beginning at 9:30 a.m. and concluding at 10:30 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware