UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLEN JANE KUTTEN, et al.,            )
                                      )
                   Plaintiffs,        )        Civil Action No. 1:05-mc-00020-KAJ
                                      )
v.                                    )
                                      )
BANK OF AMERICA, N.A., et al.,        )
                                      )
                   Defendants.        )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel hereby moves for the

admission *pro hac vice* of Steven M. Hamburg to represent Plaintiffs in this matter.

Date: _June 15, 2005_

_Cynthia A. Calder_
Sidney S. Liebesman [DE ID #3702]
Cynthia A. Calder [DE ID #2978]
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
302.622.7034 / Fax: 302.622.7100

Attorneys for Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is

granted.

Date:_____          _____
                                    Kent A. Jordan, U.S. District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 6-15-05

STEVEN M. HAMBURG
8909 Ladue Road
St. Louis, MO 63124
(314) 991-4999
(314) 991-2413 (Fax)
shamburg@scwh.com

392534_1 DOC

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2005, I caused a copy of the foregoing to be served upon Defendants' counsel via U.S. mail to the following:

Richard D. Kirk
Cheryl Siskin
The Bayard Firm
222 Delaware Avenue
9th Floor
Wilmington, DE 19801

Hector G. Gancedo
Amy M. Boomhouwer
GANCEDO & NIEVES LLP
144 W. Colorado Blvd.
Pasadena, CA 91105

Jeffery S. Russell, Esq.
Jason E. Maschmann, Esq.
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Gregory B. Jordan, Esq.
Mary J. Hackett, Esq.
Sharon L. Rusnak, Esq.
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Stephen M. Colangelo, Esq.
Morrison & Foerster LLP
1650 Tysons Blvd., Suite 300
McLean, VA 22102

Barry Short
Lewis, Rice & Fingersh, L.C.
500 North Broadway, Suite 2000
St. Louis, MO 63102

RICHARD D. GREENFIELD
GREENFIELD & GOODMAN LLC
7426 Tour Drive
Easton, MD 21601

_____
Cynthia A. Calder
Bar I.D. #2978