IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN JANE KUTTEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Misc. Action No. 05-20-KAJ |
| | ) |
| BANK OF AMERICA N.A., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

For the reasons set forth by the Court during the hearing today on plaintiffs' motion to compel (D.I. 1);

IT IS HEREBY ORDERED that the motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
Dated: June 16, 2005