IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN JANE KUTTEN, et al., ) | |
| ) | |
| Plaintiffs, ) | MISCELLANEOUS ACTION |
| ) | CASE NO. 05-20-KAJ |
| v. ) | |
| ) | |
| BANK OF AMERICA, N.A., et al., ) | |
| ) | (Case No. 4:04-CV-0244 TIA |
| ) | currently pending in the United States |
| Defendants. ) | District Court for the Eastern District of Missouri |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Third party Nations Funds Trust, by its undersigned attorneys, pursuant to Local Rule 83.5 and the attached certifications, moves the admission *pro hac vice* of Stephen M. Colangeo of Morrison & Foerster LLP on Nations Funds Trust's behalf. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney is being submitted to the Clerk's Office with this motion.

THE BAYARD FIRM

*/s/ Richard D. Kirk*

Richard D. Kirk (#922)
Cheryl Siskin (#3437)
The Bayard Firm
222 Delaware Ave., 9th Floor
Wilmington, DE 19801
(302) 429-4208
rkirk@bayardfirm.com
*Attorneys for third-party*
*Nations Funds Trust*

591564v1

OF COUNSEL:
Stephen M. Colangelo
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 300
McLean, VA  22102
(703) 760-7700


June 16, 2005

                          SO ORDERED, this _____ day of June, 2005.

                          _____
                                 United States District Judge

591564v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

June 16, 2005

_____
Stephen M. Colangelo
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 300
McLean, VA 22102
(703) 760-7700

Attorneys for Third Party Nations Funds Trust

591565v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 16, 2005, she electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Sidney S. Liebesman, Esquire
Grant & Eisenhofer, P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by first class mail to the following non-registered participants:

Gregory B. Jordan, Esquire
Mary J. Hackett, Esquire
Sharon L. Rusnak, Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Jeffrey S. Russell, Esquire
Jason E. Maschmann, Esquire
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Steven M. Hamburg, Esquire
Summers, Compton, Wells & Hamburg
8909 Ladue Road
St. Louis, MO 63124

_____
Cheryl Siskin (Bar I.D. 3437)

1058181/1
577633v1