IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLEN JANE KUTTEN, et al., )
)
        Plaintiffs, )
)
v. )   Misc. Action No. 05-20-KAJ
)
BANK OF AMERICA N.A., et al., )
)
        Defendants. )

### ORDER

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the Court by October 3, 2005.

                                                                     /s/ Kent A. Jordan
                                                                     UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
Dated: September 23, 2005