

## Grant & Eisenhofer P.A.

Jay W. Eisenhofer
Stuart M. Grant
Megan D. McIntyre
Geoffrey C. Jarvis
Sidney S. Liebesman
John C. Kairis
Michael J. Barry
James J. Sabella*
David E. Sellinger**
_____
Stephen G. Grygiel✦
Diane T. Zilka

Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

45 Rockefeller Center, 15th Floor
630 Fifth Avenue
New York, NY 10111
Tel: 646-722-8500 • Fax: 646-722-8501

www.gelaw.com

Direct Dial: 302-622-7030
Email: sliebesman@gelaw.com

Jill Agro
Jeff A. Almeida◻
Naumon A. Amjed
Peter B. Andrews
James R. Banko
Jacqueline Bryks*
Cynthia A. Calder
P. Bradford deLeeuw
Lydia Ferrarese‖
Benjamin J. Hinerfeld◦
Gregg S. Levin†
Christine Mackintosh◦
James P. McEvilly, III◦

Sharon Nirmul
Russell D. Paul
Catherine Pratsinakis◻
Brian M. Rostocki
Lauren E. Wagner
Marc D. Weinberg◻
Kimberly L. Wierzel
Michelle T. Wirtner

◻ Admitted in NJ & PA Only
‖ Admitted in MA & DC Only
✦ Admitted in ME & MA Only
★ Admitted in NY Only
** Admitted in MD, NY & DC Only
)( Admitted in NY & Italy Only
◦ Admitted in PA Only

October 3, 2005

**ELECTRONICALLY FILED**

The Honorable Kent A. Jordan
United States District Court Judge
United States District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

Re:     **Kutten, et al. v. Bank of America, et al.; Case No. 05-20**

Dear Judge Jordan:

Pursuant to the Order dated September 23, 2005 requesting a status report, we have been asked to provide Your Honor with Plaintiffs Ellen Jane Kutten and Mary Ann Arnold's update regarding the discovery at issue in this miscellaneous action.

While discovery has commenced in a related action involving defendant Nations Funds Trust, captioned _Reinke v. Bank of America_, No. 4:04-CV-1758 (E.D. Mo), Nations Funds Trust has still not produced <u>any</u> documents in either this or the _Reinke_ case. Nations Fund's failure to produce documents does not comport with the spirit of its representations before the Court and if it does not produce the documents sought by Plaintiffs later this month, Plaintiffs reserve their right to renew their request for the Court's intervention.

Respectfully submitted,

Sidney S. Liebesman

SSL:cme
cc:     Clerk of the Court (by hand)
        Richard D. Kirk, Esq. (via electronic filing and facsimile)
        Gregory Jordan (via U.S. Mail)
        Jeffrey S. Russell (via U.S. Mail)
        Stephen M. Colangelo (via U.S. Mail)